**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
CASE NO.: 1:23-cv-20003-JEM

**AISHIA PETERSEN,**

    **Plaintiff,**

v.

 **AM RETAIL GROUP INC.,**

    **Defendant.**
_____/

**NOTICE OF SETTLEMENT**

Plaintiff **Aishia Petersen**, hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The parties would like to avoid any additional expense, and further the interests of judicial economy, while they focus efforts on finalizing the material terms of the settlement and reducing it to a writing. Plaintiff therefore requests this Court to vacate all currently set dates with the expectation that a Stipulation of Dismissal will be filed within sixty (60) days.

Dated this 14th day of March 2023.

                                                  By:   */s/ Acacia Barros*
                                                  Acacia Barros, Esq.
                                                  Fla. Bar No. 106277
                                                  **ACACIA BARROS, P.A.**
                                                  11120 N Kendall Dr., Suite 201
                                                  Miami, Florida 33176
                                                  Telephone: 305-639-8381
                                                  ab@barroswlawfirm.com
                                                  *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March 2023 that the foregoing document has been filed using CM/ECF system and will be served on Defendant's counsel by email.

                                            *s/Acacia Barros*
                                            Attorney for Plaintiff
                                            ACACIA BARROS, P.A.