## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

AISHIA PETERSEN,                                    Case No. 1:23-cv-20003-JEM

    Plaintiff,

v.

AM RETAIL GROUP INC.,

    Defendant.
_____/

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff **AISHIA PETERSEN**, by and through undersigned counsel, requests that this Court enter a dismissal without prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each Party shall bear her or its own costs and fees, including attorneys' fees, incurred with this action.

Dated: May 30, 2023.

                                                            ACACIA BARROS, P.A.
                                                            11120 N. Kendall Dr.,
                                                            Suite 201
                                                           Miami, Florida 33176
                                                          Telephone: 305-639-8381

                                                           /s/_____
                                                           Acacia Barros, Esq.
                                                           Florida Bar No. 106277
                                                          ab@barroslawfirm.com

                                                           *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2023, that the foregoing document has been filed using CM/ECF system and will be served on Defendant's counsel via CM/ECF system.

>    /s/*Acacia Barros*
>    Attorney for Plaintiff
>    ACACIA BARROS, P.A.