UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-20003-CIV-MARTINEZ-BECERRA

AISHIA PETERSEN,

    Plaintiff,

v.

AM RETAIL GROUP INC.,

    Defendant.

_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS MATTER** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice. (ECF No. 16). Accordingly, it is hereby

**ADJUDGED** that this action is **DISMISSED without prejudice**, and this case is **CLOSED**. Each party shall bear their own attorney's fees and costs.

**DONE AND ORDERED** in Miami, Florida, this 2 day of June, 2023

                                                        JOSE E. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record